FILED
2026 MAY 27 AM 11:40
CLERK
U.S. DISTRICT COURT

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (CA #319442)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN HERNANDEZ-AGUILAR, AKA CESAR HERNANDEZ-OLIVA,<br><br>Defendant. | :<br>:<br>:<br>:<br>: | INFORMATION<br><br>VIO. 8 U.S.C. § 1326<br><br>(REENTRY OF A PREVIOUSLY REMOVED ALIEN)<br><br>Case: 2:26−cr−00183<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 5/27/2026<br>Description: USA v. Hernandez−Aguilar |

The United States Attorney charges:

COUNT I

On or about May 26, 2026, in the District of Utah,

CHRISTIAN HERNANDEZ-AGUILAR AKA CESAR HERNANDEZ-OLIVA,

the defendant herein, an alien who on or about November 23, 2016, and June 19, 2018, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of

the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 27th day of May, 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

FOR: ______________________________
DANIELLE CARTER
Special Assistant United States Attorney